**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| BENJAMIN LEDOUX | CIVIL ACTION NO. 6:26-0891 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| B P AMERICA PRODUCTION CO ET AL | MAGISTRATE JUDGE WHITEHURST |

**ORDER**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and after consideration of objections filed (Rec. Doc. 27) and the response thereto (Rec. Doc. 28), this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the Report and Recommendation, Plaintiff's Motion to Remand and request for attorney's fees and costs (Rec. Doc. 18) is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, consistent with the Report and Recommendation, Defendants Gordon Bills, Marjorie Cupit, Linzee Lagrange, C&S Well Service, Inc., and AT&T Well Service, Inc. are **DISMISSED** because they are improperly joined parties to this action.

**THUS DONE AND SIGNED,** in Shreveport, Lafayette, Louisiana, this 26th day of August, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE